COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEPHANIE ESTRADA, | § | No. 08-11-00328-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20100D02869) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is the Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.2(a). Finding that the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

April 25, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)